GEOFFREY HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ARREDONDO-IBANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00580 EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING TO |
| vs. ) | FEBRUARY 13, 2012, AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| SALVADOR ARREDONDO IBANEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

The parties, Salvador Arredondo-Ibanez and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing date currently set for January 9, 2012, be vacated and continued to February 13, 2012, at 1:30 p.m.

The reason for the requested continuance is defense counsel requires additional time to research and investigate an issue relevant to a proposed disposition, and to subsequently confer with Mr. Arredondo-Ibanez about defense counsel's findings.

Accordingly, the parties agree and stipulate that time should be excluded from January 9, 2012, through and including February 13, 2012, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation and defense investigation. Accordingly, Mr.

Arredondo-Ibanez and the government agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: January 4, 2012

                                          _____/s/_____
                                          VARELL L. FULLER
                                          Assistant Federal Public Defender

Dated: January 4, 2012              _____/s/_____
                                          CAROLYNE A. SANIN
                                          Special Assistant United States Attorney

## [Proposed] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for January 9, 2012, shall be continued to February 13, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between January 9, 2012, and February 13, 2012, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between January 9, 2012, and February 13, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between January 9, 2012, and February 13, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 6, 2012

                                          THE HONORABLE EDWARD J. DAVILA
                                          United States District Judge